IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Torria M

Printed: 9/3/08

Case Number: 08 B 05974
Judge: Squires, John H
Filed: 3/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 798.48 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 798.48 |
| Totals: | 798.48 | 798.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 11,675.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 1,450.00 | 0.00 |
| 5. | Washington Mutual | Secured | 11,200.00 | 0.00 |
| 6. | EPI Realty & Management Inc | Secured | 2,900.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 5,747.07 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 7,863.89 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 3,460.15 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 370.29 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 606.22 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 45,272.62 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Torria M | Case Number: 08 B 05974 |
| | Judge: Squires, John H |
| Printed: 9/3/08 | Filed: 3/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

